June 29, 2012

Mr. Ryan Lee Clement
Tribble, Ross & Wagner
3355 West Alabama St., Suite 1200
Houston, TX 77098
Mr. Charles M. Hessel
Marks Balette & Giessel, P.C.
10000 Memorial Drive, Suite 760
Houston, TX 77024

RE: Case Number: 10-0603
 Court of Appeals Number: 14-10-00091-CV
 Trial Court Number: 2008-22720

Style: TEXAS WEST OAKS HOSPITAL, LP AND TEXAS HOSPITAL HOLDINGS, LLC
 v.
 FREDERICK WILLIAMS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Loren Jackson |
| |Mr. Christopher A. |
| |Prine |